1  MICHAEL J. BETTINGER (SBN 122196)
   TIMOTHY PAAR WALKER (SBN 105001)
2  CHIEN WEI CHOU (SBN 166798)
   CHRISTY V. LA PIERRE (SBN 242691)
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California 94111-5994
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220
   mike.bettinger@klgates.com
6  chris.chou@klgates.com
   christy.lapierre@klgates.com
7

8  Attorneys for Plaintiffs
   NOVATEL WIRELESS, INC. and
9  NOVATEL WIRELESS SOLUTIONS, INC.

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| NOVATEL WIRELESS, INC., a Delaware corporation, and NOVATEL WIRELESS SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZTE CORP., a China corporation, and ZTE (USA), Inc., a New Jersey corporation,<br><br>Defendants. | Case No. **'12CV2576 BEN KSC**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Jury Trial Demanded |
|---|---|

   Plaintiffs Novatel Wireless, Inc. and Novatel Wireless Solutions, Inc. hereby complain of

Defendants ZTE Corp., and ZTE (USA), Inc. (collectively, "Defendants"), and by this Complaint

alleges as follows:

## THE PARTIES

   1.   Novatel Wireless, Inc. is a Delaware corporation with its headquarters and principal

place of business at 9645 Scranton Road, Suite 205, San Diego, California 92121.  Novatel Wireless

Solutions, Inc. is a Delaware corporation with its principal place of business at 9645 Scranton Road,

**COMPLAINT FOR PATENT INFRINGEMENT**                                              Printed on Recycled Paper

Suite 205, San Diego, California 92121, and is a wholly owned subsidiary of Novatel Wireless, Inc. Novatel Wireless, Inc. and Novatel Wireless Solutions, Inc. are collectively referred to herein as "Novatel Wireless."

2. Novatel Wireless is a leading provider of wireless broadband access for the world wide mobile communications market. Novatel Wireless pioneered and introduced the industry's first Intelligent Mobile Data Hotspot, the Novatel Wireless MiFi®, which creates a personal cloud of high-speed internet connectivity that can be easily shared among multiple users. Novatel Wireless is the owner by assignment of U.S. Patent No. 8,208,517 ("the '517 patent" or "the Asserted Patent").

3. ZTE Corp. ("ZTE") is a China corporation with its principal place of business at ZTE Plaza, Keji Road South, Hi-tech Industrial Park, Nanshan District, Shenzhen, Guangdong, China 51807. ZTE is a provider of telecommunications equipment and network solutions.

4. ZTE conducts business in the United States through its wholly-owned U.S. entity ZTE (USA), Inc. ("ZTE USA").

5. ZTE USA is currently under criminal investigation by the United States Department of Commerce ("DOC"), United States' Attorney General's Office ("AG"), Federal Bureau of Investigation ("FBI") and the United States House of Representatives Permanent Select Committee on Intelligence ("SCI") in connection with the sale of goods by ZTE USA to Iran.

6. Upon information and belief, ZTE USA conducts research and development activities, with respect to the infringing products, at its facilities in the Southern District of California at 10105 Pacific Heights Boulevard, Suite 250, San Diego, California 92121.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)-(d) and 1400(b). Defendant ZTE USA resides in this District. Defendant ZTE is an alien that conducts business in this District through its wholly-owned subsidiary ZTE USA. A substantial part of the infringing conduct giving rise to this Complaint has occurred in this District. The patent at issue in this Complaint is owned by, and assigned to, Novatel Wireless, which is headquartered in this District.

**ACCUSED PRODUCTS AND INFRINGEMENT**

9. Defendants ZTE and ZTE USA have infringed and continue to infringe the '517 patent, including at least claim 1 thereof, by using, selling, and/or offering to sell, within the United States, and/or by importing into the United States, products, including, but not limited to, mobile data hot spots and wireless data modems, which embody and/or practice at least claim 1 of the '517 patent in violation of 35 U.S.C. § 271 (the "Accused Products"). Such ZTE and ZTE USA infringing mobile data hot spots and wireless data modems include at least the 890L mobile hotspot device, marketed by Verizon Wireless as the Verizon Jetpack 890L (the "Verizon 890L Hotspot").

10. The Accused Products have no substantial non-infringing uses. In addition to Defendants' direct infringement, Defendants' various distributors and the end users of the Accused Products, including without limitation the ZTE Identified Product, have directly infringed and continue to infringe the '517 patent by using, selling, and/or offering to sell the Accused Products within the United States in violation of 35 U.S.C. § 271.

**First Claim for Relief**

**(Patent Infringement - U.S. Patent No. 8,208,517)**

11. Novatel Wireless is the owner by assignment of U.S. Patent No. 8,208,517 ("the '517 patent"), entitled "Systems And Methods For A Multi-Mode Wireless Modem," a true copy of which is attached hereto as Exhibit 1. The '517 patent was duly and legally issued on June 26, 2012.

12. The '517 patent is directed to a wireless gateway device which allows multiple wireless devices to access the internet through a wireless communication system.

13. Defendants ZTE and ZTE USA have infringed the '517 patent, by using, selling, and/or offering to sell, within the United States, and/or by importing into the United States, products, including, but not limited to, mobile data hot spots and wireless data modems, which embody and/or practice at least claim 1 of the '517 patent by providing a wireless gateway device which allows multiple wireless devices to access the internet through a wireless communication system in violation of 35 U.S.C. § 271. Such infringing mobile data hot spots and wireless data modems include at least the Verizon 890L Hotspot.

14. Defendants' distributors and end users have directly infringed the '517 patent by

1  using, selling, and/or offering to sell within the United States products, including, but not limited to,
2  mobile data hot spots and wireless data modems, which embody and/or practice at least claim 1 of
3  the '517 patent by providing a wireless gateway device which allows multiple wireless devices to
4  access the internet through a wireless communication system in violation of 35 U.S.C. § 271, as
5  alleged above.  Such infringing mobile data hot spots and wireless data modems include at least the
6  Verizon 890L Hotspot.
7       15. As a result of Defendants' infringement, Novatel Wireless has suffered, and will
8  continue to suffer, substantial damages.  Novatel Wireless will also suffer irreparable harm unless
9  Defendants' infringement is enjoined by this Court.
10      **WHEREFORE,** Novatel Wireless requests that the Court:
11      1. Adjudge that ZTE and ZTE USA has infringed and continues to infringe the '517
12 patent;
13      2. Preliminarily and permanently enjoin ZTE and ZTE USA from further infringement
14 of the '517 patent;
15      3. Award Novatel Wireless compensatory damages;
16      4. Award Novatel Wireless its costs and reasonable experts' fees and attorneys' fees;
17 and
18      5. Award Novatel Wireless such other relief as the Court deems just and proper.

Dated:  October 22, 2012                                K&L GATES LLP

                                                         By:   /s/ *Michael J. Bettinger*
                                                                Michael J. Bettinger

                                                         *Attorneys for Plaintiffs Novatel Wireless, Inc.*
                                                         *and Novatel Wireless Solutions, Inc.*

- 4 -
**COMPLAINT FOR PATENT INFRINGEMENT**

Printed on Recycled Paper

**REQUEST FOR TRIAL BY JURY**

Plaintiff claims trial by jury on all issues so triable.

Dated:  October 22, 2012                    K&L GATES LLP

                                By:   /s/ *Michael J. Bettinger*
                                      Michael J. Bettinger

                                      *Attorneys for Plaintiff Novatel Wireless, Inc*
                                      *and Novatel Wireless Solutions, Inc.*